Frank C. Rathje, appellee, v. Peter Vasillos et al., defendants, on appeal of Milton H. Slepyan, appellant. Gen. No. 37,191.

Opinion filed November 17, 1933.

Sabath, Perlman, Goodman & Rein, for appellant; Alexander T. Spare, of counsel. No appearance for appellee.

Mr. Justice Wilson delivered the opinion of the court.

Joseph F. Meyr, administrator of the estate of Lawrence Meyr, deceased, appellee, v. A. Vincent Sons Company, appellant. Gen. No. 36,254.

Opinion filed November 21, 1933.

Church, Haft, Robertson, Crowe & Spence, for appellant; Burt A. Crowe, of counsel. Aaron R. Eppstein and Elmer M. Walsh, for appellee; Aaron R. Eppstein, of counsel.

Mr. Presiding Justice Sullivan delivered the opinion of the court.

Blanche L. Cook, appellee, v. Axel Johnson, appellant. Gen. No. 36,480.

Opinion filed November 21, 1933.

Rider & Thuma, for appellant. Royal W. Irwin, for appellee.

Mr. Presiding Justice Sullivan delivered the opinion of the court.

O. J. Salinger, plaintiff in error, v. Greenebaum Sons Investment Company, defendant in error. Gen. No. 36,494.

Opinion filed November 21, 1933. Rehearing denied December 4, 1933.

Shulman, Shulman & Abrams, for plaintiff in error; Meyer Abrams, of counsel. Poppenhusen, Johnston, Thompson & Cole, for defendant in error; Henry J. Brandt and Edward J. Fleming, of counsel.

Mr. Presiding Justice Sullivan delivered the opinion of the court.